THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB Y. WILKINS, Respondent, v. M. ASCHER SILK CORPORATION et al., Appellants.

(Submitted February 25, 1924; decided April 1, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 571.)